UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Robert Johnston, et al.,

    Plaintiffs,

v.

International Mixed Martial Arts Federation, et al.,

    Defendants.

Case No.: 2:14-cv-941-JAD-NJK

**Order Granting in Part Motion to Dismiss [Doc. 14]**

For the reasons stated on the record during the October 23, 2014, hearing,

It is HEREBY ORDERED that Defendants' motion to dismiss **[Doc. 14]** is **GRANTED** in part and **DENIED** in part, as follows:

    1.    It is **GRANTED** as to counts 1, 2, 3, and 5;

    2.    It is **DENIED** as to count 4 (unjust enrichment).

It is FURTHER ORDERED that Plaintiffs shall have 30 days to file a proper motion to amend their complaint to more adequately allege counts 1, 2, 3, and 5 if they can truthfully state facts to support these claims.

DATED: October 23, 2014.

JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE